# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ENRIQUE HERNANDEZ CAMPOS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:23-cv-44 |
| v. | * | |
| M. BRECKON, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Petitioner Enrique Campos ("Campos") did not file Objections to this Report and Recommendation. In fact, the Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 10 at 8.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **GRANTS as unopposed** Respondent's Motions to Dismiss, **DISMISSES without prejudice** Campos' 28 U.S.C. § 2241 Petition for Writ of

AO 72A
(Rev. 8/82)

Habeas Corpus for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Campos *in forma pauperis* status on appeal.

   **SO ORDERED**, this __21__ day of __August__, 2023.

   _____
   HON. LISA GODBEY WOOD, JUDGE
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)